# Court of Appeals
# of the State of Georgia

ATLANTA,___March 26, 2014___

*The Court of Appeals hereby passes the following order:*

**A14D0268.  MELVIN C. JONES v. STATE OF GEORGIA, et al.**

Melvin Jones attempted to file a civil action against the State of Georgia, the DeKalb Prosecutor's Office, and the DeKalb County Clerk's office.  On December 10, 2013, the trial court denied filing pursuant to OCGA § 9-15-2 (d), concluding that Jones's proposed complaint showed a complete absence of any justiciable law or fact. On January 27, 2014, Jones filed this application for discretionary appeal in the Supreme Court, which transferred it to this Court.

We lack jurisdiction because this application is untimely.  An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Jones filed his application 48 days after entry of the order he seeks to appeal. Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/26/2014_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*